The Northern Trust Company, Trustee under Will of John F. Laubender, Deceased, Plaintiff-Appellee, v. Lou Cullop et al., Defendants-Appellees. On the Appeal of James H. Thoburn and Wilbur Thoburn, Defendants-Appellants.

Gen. No. 45,346.

Hastings, Snyder & Rockwell, for appellants; John H. Rockwell, and George W. K. Snyder, of counsel; Walter F. Kolb, for appellee. Opinion by JUSTICE KILEY. **Not to be published in full.** Opinion filed May 9, 1951; released for publication July 5, 1951.